NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
RACHEL ABRAMS, ESQ., State Bar No. 209316
HERSH & HERSH
A Professional Corporation
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CAROL MINARD, JERRY GREENMYER, LINDA L. GREENMYER, ROBERT COVELL, MARGO COVELL, JAMES ZANOS | Case Number C-08-00739 JSW |
|  | **PLAINTIFFS' NOTICE OF RELATED CASES** |
| Plaintiffs, |  |
| vs. |  |
| BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE, LLC, BAYER A.G., and DOES ONE, through ONE HUNDRED, inclusive, |  |
| Defendants. |  |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to Civil Local Rule 3-13, Plaintiffs Carol Minard, Jerry Greenmyer, Linda

L. Greenmyer, Robert Covell, Margo Covell and James Zanos give notice that the above-

captioned action involves a material part of the same subject matter as the following pending

- 1 -

HERSH AND HERSH
A Professional Corporation

1  actions and proceedings, which concern the assertion of personal injury claims relating to the

2  use of the medication Trasylol®:

3      *Samuel Nitzberg, et al. v. Bayer Corporation, et al.*, Case No. C 07-04399 CW,

4  pending in the United States District Court for the Northern District of California.

5      *Lupe De Leon, et al. v. Bayer Corporation, et al.*, Case No. C 07-06206 CW,

6  pending in the United States District Court for the Northern District of California.

7      Both *Nitzberg* and *De Leon* are before the Honorable Judge Claudia Wilken.

8  Assigning all of these cases to the Honorable Claudia Wilken would conserve judicial

9  resources and promote an efficient determination of the actions since each case involves the

10  same Defendants and each case arises from the drug Trasylol®.

DATED:  March 5, 2008


                                    HERSH & HERSH
                                    A Professional Corporation


                                    By_____
                                       RACHEL ABRAMS
                                       Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF RELATED CASES