1  NANCY HERSH, ESQ., State Bar No. 49091
2  MARK E. BURTON, JR., ESQ., State Bar No. 178400
   RACHEL ABRAMS, ESQ., State Bar No. 209316
3  HERSH & HERSH
   A Professional Corporation
4  2080 Opera Plaza
   601 Van Ness Avenue
5  San Francisco, CA 94102-6388
   Telephone: (415) 441-5544
6  Facsimile: (415) 441-7586

7  Attorneys for Plaintiffs

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13  SAMUEL NITZBERG by and through          ) Case Number C-07-04399 CW
    his guardian ad litem, ELENA STORER,    )
14  and MATTHEW NITZBERG by and             ) **[PROPOSED] ORDER GRANTING**
    through his guardian ad litem, ELENA    ) **PLAINTIFFS' MOTION FOR**
15  STORER, and ELENA STORER,               ) **ADMINISTRATIVE RELIEF TO**
    individually,                           ) **CONSIDER WHETHER CASES**
16                                          ) **SHOULD BE RELATED**
                                            )
17              Plaintiffs,                 )
                                            )
18  vs.                                     )
                                            )
19  BAYER CORPORATION, BAYER                )
    PHARMACEUTICALS                         )
20  CORPORATION, and DOES TWO,              )
    through ONE HUNDRED, and each of        )
21  them,                                   )
                                            )
22              Defendants.                 )

23  _____

24      The Court, having considered the papers on file herein and evidence presented and

25  GOOD CAUSE APPEARING THEREFOR

26

27

28                                    -1-
    _____
    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO
    CONSIDER WHETHER CASES SHOULD BE RELATED

HERSHANDHERSH
A Professional Corporation

1

2

3          IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for

Administrative Relief To Consider Whether Cases Should Be Related is GRANTED.

4

5          IT IS SO ORDERED.

6

7   DATED: _____

8

9                                    _____

                                     HONORABLE CLAUDIA WILKEN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO
CONSIDER WHETHER CASES SHOULD BE RELATED

HERSHANDHERSH
A Professional Corporation