Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
Christine K. Son (SBN 223190)
cson@sidley.com
J. P. Pecht (SBN 233708)
jpecht@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Defendant
Bayer Corporation

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL MINARD, JERRY GREENMYER, LINDA L. GREENMYER, ROBERT COVELL, MARGO COVELL, JAMES ZANOS,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE, LLC BAYER A.G., and DOES ONE, through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No. 08-CV-0739 CW<br><br>**DEFENDANT BAYER CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**CASE NO. 08-CV-0739 CW**

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the
2  following listed persons, associations of persons, firms, partnerships, corporations
3  (including parent corporations), or other entities (i) have a financial interest in the
4  subject matter in controversy or in a party to the proceeding, or (ii) have a non-
5  financial interest in that subject matter or in a party that could be substantially affected
6  by the outcome of this proceeding:

 1. Carol Minard
 2. Jerry Greenmyer
 3. Linda L. Greenmyer
 4. Robert Covell
 5. Margo Covell
 6. James Zanos
 7. Bayer AG, which is a publicly-traded German corporation.
 8. Bayer Corporation, which is wholly owned by Bayer AG.
 9. Bayer HealthCare LLC, whose sole member is Bayer Corporation.
 10. Bayer HealthCare Pharmaceuticals Inc., which is indirectly wholly owned by Bayer AG and which is the successor in interest to defendant Bayer Pharmaceuticals Corporation, with which Bayer HealthCare Pharmaceuticals Inc. merged on January 1, 2008. As a result of the merger, Bayer Pharmaceuticals Corporation has ceased to exist.

//
//
//
//
//
//
//

If additional parties become known during the course of discovery, then Bayer Corporation will amend this certification to bring such additional names to the attention of the Court.

Dated: April 1, 2008

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine K. Son
J. P. Pecht

By: /s/ J. P. Pecht
    J. P. Pecht
    Attorneys for Defendant
    Bayer Corporation