Catherine Valerio Barrad (SBN 168897)
cbarrad@sidley.com
Christine K. Son (SBN 223190)
cson@sidley.com
J. P. Pecht (SBN 233708)
jpecht@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys For Defendant
Bayer Corporation

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL MINARD, JERRY GREENMYER, LINDA L. GREENMYER, ROBERT COVELL, MARGO COVELL, JAMES ZANOS,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, BAYER HEALTHCARE, LLC, BAYER A.G., and DOES ONE, through ONE HUNDRED, inclusive,<br><br>Defendants. | Case No.  08-CV-0739 CW<br><br>**DEFENDANT BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Pursuant to Civil Local Rule 3-13, Bayer Corporation gives notice that the above-captioned action involves a material part of the same subject matter as the following pending actions and proceedings, which concern the assertion of personal injury claims relating to the use of the prescription medication Trasylol®.

<u>Cases Pending in the Northern District of California:</u>

*Storer ex rel. Nitzberg v. Bayer Corp.*, Case No. 07-4399, filed on or about August 27, 2007. The case has been assigned to the Hon. Claudia Wilken.

*De Leon et al. v. Bayer Pharmaceutical Corp.*, Case No. 07-6206, filed on or about May 17, 2007. The case has been assigned to the Hon. Claudia Wilken.

*Collins et al. v. Bayer Corp.*, Case No. 08-CV-1655, filed on or about December 31, 2007. This case has been assigned to Magistrate Elizabeth LaPorte.

<u>Cases Pending in Other State and Federal Courts:</u>

*Alston v. Bayer Corp.,* March Term, 2008 Case No. 1147, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Patricia Baasch, Individually and as Administrator for the Estate of Cheri Sumpman v. Bayer Corp.*, January Term, 2008 Case No. 2316, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Bakan v. Bayer Corp.*, Case No. 07-220, pending in the United States District Court for the Middle District of Florida.

*Baker v. Bayer Corp.*, Case No. 1:08-CV-0266, pending in the United States District Court, Northern District of Georgia.

*Baldelli v. Bayer Corp*, January Term, 2008 Case No. 3064, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Ballard v. Bayer Corp.*, Case No. 07-CV-01288-VLB, pending in the New Haven, Connecticut Superior Court.

*Balogh v. Bayer Corp.*, October Term, 2007 Case No. 614, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Beaver v. Bayer Corp.*, January Term, 2008 Case No. 2979, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Booterbaugh v. Bayer Corp.*, Case No. 2:08-CV-80, pending in the United States District Court, Southern District of Ohio.

*Burt v. Bayer Corp.*, February Term, 2008 Case No. 1257, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Campbell v. Bayer Corp.*, Case No. NNH-CV-08-5016513-S, pending in the Superior Court, Judicial District of New Haven, Conn.

*Caruso v. Bayer Corp.*, Case No. 3:08-CV-77 CFD, pending in the United States District Court, District of Connecticut.

*Chavez v. Bayer Corp.*, Case No. CV-08-5016268-S, pending in the Superior Court, Judicial District of New Haven, Conn.

*Cohen v. Bayer Corp.*, Case No. CV-07-5015869-S, pending in the New Haven, Connecticut Superior Court.

*Cooper v. Bayer Corp.*, December Term, 2007 Case No. 0146, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Cotton, Individually and as Personal Representative of the Estate of Roy L. Jerrell v. Bayer Corp.*, February Term, 2008 Case No. 3367, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Davis v. Bayer Corp.*, Case No. 07-115, pending in the United States District Court for the Middle District of Tennessee.

*Davis v. Bayer Corp.*, Case No. 08-CV-1541, pending in the United States District Court for the District of New Jersey.

*Davis v. Bayer Corp.*, March Term, 2008 Case No. 2992, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*De Toro v. Bayer Corp.*, Case No. 3428, writ of summons filed and pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Domnitz v. Bayer Corp.*, December Term, 2007, Case No. 3458, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Durkin v. Bayer Corp.*, Case No. 07-CV-7162, pending in the United States District Court for the Northern District of Illinois.

*Eannarino v. Bayer Corp.*, Case No. 3:08 CV 78 SRU, pending in the United States District Court, District of Connecticut.

*Fast v. Bayer Corp.*, Case No. 07-82, pending in the United States District Court for the Northern District of West Virginia.

*Forester v. Bayer Corp.*, Case No. NNH-CV-08-5017011-S, pending in the New Haven, Connecticut Superior Court.

*Foster v. Bayer Corp.*, January Term, 2008 Case No. 3065, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Fox v. Bayer Corp.*, Case No. 0277, writ of summons filed and pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Glunt v. Bayer Corp.*, Case No. 1080, writ of summons filed and pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Green v. Bayer Corp.*, September Term, 2007 Case No. 1904, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Hertel v. Bayer Corp.*, January Term, 2008 Case No. 2320, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Holman v. Bayer Corp.*, Case No. 2:08 CV 151, pending in the United States District Court, Southern District of Ohio.

*Jacobs v. Bayer Corp.*, Case No. ATL-L-276-08, pending in the Superior Court of New Jersey, Law Division, Atlantic County.

*Jerrell v. Bayer Corp.*, February Term, 2008 Case No. 1259, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Kahr v. Bayer Corp.*, Case No. 2:08 CV 152, pending in the United States District Court, Southern District of Ohio.

*Kaplan v. Bayer Corp.*, Case No. ATL-L-234-08, pending in the Superior Court of New Jersey, Law Division, Atlantic County.

*King v. Bayer Corp.*, January Term, 2008 Case No. 2327, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Krieger v. Bayer Corp.*, March 2008 Term Case No. 3648, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Lanham v. Bayer Corp.*, Case No. 07-1687, pending in the United States District Court for the Southern District of Texas.

*Lavin v. Bayer Corp.*, March Term, 2008 Case No. 1827, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Ledger v. Bayer Corp.*, January Term, 2008 Case No. 4433, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Mack v. Bayer Corp.*, No. 07-1151, pending in the United States District Court for the District of Connecticut.

*Mathews v. Bayer Corp.*, February Term, 2008 Case No. 1254, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*McGowan v. Bayer Corp.*, Case No. ATL-L-277-08, pending in the Superior Court of New Jersey, Law Division, Atlantic County.

*Mittlelman v. Bayer Corp.*, Case No. 1:08-CV-0218, pending in the United States District Court, Northern District of Georgia.

*Monahan v. Bayer Corp.*, Case No. 3:08-CV-00137-WWE, pending in the United State District Court, District of Connecticut.

*Morrill v. Bayer Pharmaceuticals Corp.*, Case No. 07-819, pending in the United States District Court for the Middle District of Florida.

*Murray v. Bayer Corp.*, Case No. ATL-L-275-08, pending in the Superior Court of New Jersey, Law Division, Atlantic County.

*Nakis v. Bayer Corp.*, Case No. 4:08-CV-337, pending in the United States District Court, Eastern District of Missouri.

*Nelson v. Bayer Corp.*, December Term, 2007 Case No. 3336, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*O'Brien v. Bayer Corp.*, Case No. CJ-2007-10845, pending in the District Court of Oklahoma County, Oklahoma.

*O'Connor v. Bayer Corp.*, Case No. 07-633, pending in the United States District Court for the Southern District of California.

*Oshop v. Bayer Corp.*, Case No. CV-07-5015142-S, pending in the New Haven, Connecticut Superior Court.

*Pais v. Bayer Corp.*, December Term, 2007 Case No. 3458, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Pesl v. Bayer Corp.*, Case No. 07-2819, pending in the United States District Court for the Southern District of Texas.

*Pidgeon v. Bayer Corp.*, December Term, 2007 Case No. 2127, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Randone v. Bayer Corp.*, Case No. NNH-CV-07-5015868-S, pending in the New Haven, Connecticut Superior Court.

*Reber v. Bayer Corp.*, Case No. NNH-CV-07-5013304-S, pending in the New Haven, Connecticut Superior Court.

*Reedy v. Bayer Corp.*, Case No. 1:08-CV-0267, pending in the United States District Court, for the Northern District of Georgia.

*Reider v. Bayer Corp.*, Case No. 07-1688, pending in the United States District Court for the Western District of Louisiana.

*Rice v. Bayer Corp.*, January Term, 2008 Case No. 2980, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Rodriguez, v. Bayer Corp.*, Case No. 07-81172-CIV-Middlebrooks/Johnson, pending in the United States District Court, Southern District of Florida.

*Sessums v. Bayer AG*, Case No. 07-436, pending in the United States District Court for the Southern District of Mississippi.

*Shaw v. Bayer Corp.*, Case No. 4-07-CV-176, pending in the United States District Court, for the Northern District of Georgia.

*Sipe v. Bayer Corp.*, January Term, 2008 Case No. 2325, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Spieker v. Bayer Corp.*, March Term, 2008, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Steptoe v. Bayer Corp.*, Case No. CV5 08-005, pending in the United States District Court, for the Southern District of Georgia.

*Thompson v. Bayer Corp.*, January Term, 2008 Case No. 2816, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Tongish v. Bayer Corp.*, January Term, 2008 Case No. 0395, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

*Walker v. Bayer Healthcare AG*, Case No. 3:08 CV 396, pending in the United States District Court in the District of Connecticut.

*Ware v. Bayer Corp.*, Case No. 07-CV-01305, pending in the United States District Court for the Central District of California.

*Wash v. Bayer Corp.*, Case No. 4:08-CV-25, pending in the United States District Court for the Middle District of Georgia.

*Wease v. Bayer Corp.*, Case No. 07-1659, pending in the United States District Court for the Northern District of Georgia.

*Williams v. Bayer Corp.*, Case No. 07-0004, pending in the United States District Court for the Middle District of Tennessee.

*Wilson v. Bayer Corp.*, December Term, 2007 Case No. 4575, pending in the Philadelphia, Pennsylvania Court of Common Pleas.

| | | |
|---|---|---|
| 1 | Dated: April 1, 2008 | SIDLEY AUSTIN LLP |
| 2 | | Catherine Valerio Barrad |
| | | Christine K. Son |
| 3 | | J. P. Pecht |
| 4 | | |
| | | By: /s/ J. P. Pecht |
| 5 | |     J. P. Pecht |
| 6 | |     Attorneys for Defendant |
| | |     Bayer Corporation |

8

**BAYER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**
**CASE NO. 08-CV-0739 CW**