Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION           MDL No. 1928

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On April 7, 2008, the Panel transferred 17 civil actions to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Donald M. Middlebrooks.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Middlebrooks.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Donald M. Middlebrooks.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION         MDL No. 1928

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  08-1655         Jeanne Diane Collins, etc. v. Bayer Corp., et al.
  CAN  4  08-739          Carol Minard, et al. v. Bayer Corp., et al.

CONNECTICUT
  CT  3  08-77            Roseann Caruso, et al. v. Bayer Corp., et al.
  CT  3  08-78            Matthew Eannarino, et al. v. Bayer Corp., et al.
  CT  3  08-137           David A. Monahan, et al. v. Bayer Corp., et al.
  CT  3  08-396           Clarence Walker, et al. v. Bayer Healthcare AG, et al.

GEORGIA MIDDLE
  GAM  4  08-25           Derek Wash, etc. v. Bayer Corp., et al.

GEORGIA NORTHERN
  GAN  1  08-218          Melva L. Mittelman, etc. v. Bayer Corp., et al.
  GAN  1  08-266          Marilise Baker, etc. v. Bayer Corp., et al.
  GAN  1  08-267          Helen Reedy, etc. v. Bayer Corp., et al.

GEORGIA SOUTHERN
  GAS  5  08-5            Jerlene Steptoe v. Bayer Corp., et al.

NEW JERSEY
  NJ  2  08-1541          Emma C. Davis, etc. v. Bayer Corp., et al.

OHIO SOUTHERN
  OHS  2  08-80           Jodi Booterbaugh, etc. v. Bayer Corp., et al.
  OHS  2  08-151          Delores Holman v. Bayer Corp., et al.
  OHS  2  08-152          Ruth Kahr, etc. v. Bayer Corp., et al.

## INVOLVED COUNSEL LIST (CTO-1)

Rachel Beth Abrams  
HERSH & HERSH  
601 Van Ness Avenue, Suite 2080  
San Francisco, CA 94102-6388  

Thomas R. Anapol  
ANAPOL SCHWARTZ WEISS ET AL  
1040 Kings Highway  
Suite 304  
Cherry Hill, NJ 08034  

Brian H. Barr  
LEVIN PAPANTONIO THOMAS ET AL  
P.O. Box 12308  
Pensacola, FL 32591  

Catherine V. Barrad  
SIDLEY AUSTIN LLP  
555 West 5th Street  
Suite 4000  
Los Angeles, CA 90013-1010  

Charles A. Childers  
CHILDERS BUCK & SCHLUETER  
260 Peachtree Street  
Suite 1601  
Atlanta, GA 30303  

Dawn M. Chmielewski  
CLIMACO LEFKOWITZ PECA WILCOX &  
GARFOLI CO LPA  
55 Public Square, Suite 1950  
Cleveland, OH 44113  

Robert F. Clarke  
PHILLIPS & ASSOCIATES  
3030 North Third Street  
Suite 1100  
Phoenix, AZ 85012  

Glen M. Darbyshire  
INGLESBY FALLIGANT HORNE ET AL  
P.O. Box 1368  
Savannah, GA 31402-1368  

Lorna A. Dotro  
COUGHLIN DUFFY LLP  
350 Mount Kemble Avenue  
P.O. Box 1917  
Morristown, NJ 07962-1917  

Joyce D. Edelman  
PORTER WRIGHT MORRIS & ARTHUR  
41 S. High Street  
Columbus, OH 43215  

Seth A. Litman  
ALEMBIK FINE & CALLNER  
Suntrust Tower, 37th Floor  
303 Peachtree Street, NE  
Atlanta, GA 30308  

Scott A. Love  
FLEMING & ASSOCIATES LLP  
1330 Post Oak Boulevard  
Suite 3030  
Houston, TX 77056-3104  

Robert Craig McLaughlin  
ELK & ELK  
6110 Parkland Boulevard, Suite 100  
Mayfield Heights, OH 44124  

Douglas C. Monsour  
MONSOUR LAW FIRM  
404 North Green Street  
P.O. Box 4209  
Longview, TX 75601  

Neal Lewis Moskow  
URY & MOSKOW LLC  
883 Black Rock Turnpike  
Fairfield, CT 06825  

James Paul Pecht  
SIDLEY AUSTIN LLP  
555 West 5th Street, Suite 4000  
Los Angeles, CA 90013-1010  

Matthew Neal Pope  
LAW OFFICES OF MATTHEW N POPE PC  
205 Ninth Street  
Columbus, GA 31901  

Alan G. Schwartz  
WIGGIN & DANA  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  

Brian D. Turner, Jr.  
CORY WATSON CROWDER & DEGARIS PC  
2131 Magnolia Avenue, Suite 200  
P.O. Box 55927  
Birmingham, AL 35205-5972  

David F. Walbert  
PARKS CHESIN & WALBERT  
75 Fourteenth Street, Suite 2600  
Atlanta, GA 30309

## INVOLVED JUDGES LIST (CTO-1)

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

Hon. Christopher F. Droney
U.S. District Judge
228 Abraham Ribicoff Federal Building &
  U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. Warren W. Eginton
Senior U.S. District Judge
335 Brien McMahon Federal Building &
  U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604-4706

Hon. Janet C. Hall
U.S. District Judge
417 Brien McMahon Federal Building &
  U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, CT 06604-4706

Hon. Stefan R. Underhill
U.S. District Judge
411 Brien McMahon Federal Building &
  U.S. Courthouse
915 LaFayette Boulevard
Bridgeport, CT 06604-4706

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902-2017

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal Building &
  U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Thomas W. Thrash, Jr.
U.S. District Judge
2188 Richard B. Russell Federal Building &
  U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. G. Ernest Tidwell
Senior U.S. District Judge
1967 Richard B. Russell Federal Building &
  U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. William T. Moore, Jr
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 10245
Savannah, GA 31412-0445

Hon. Faith S. Hochberg
U.S. District Judge
Martin Luther King, Jr. Federal Building &
  U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. Michael H. Watson
U.S. District Judge
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

## INVOLVED CLERKS LIST (CTO-1)

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Robin Tabora, Clerk
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Scott Poff, Clerk
P.O. Box 8286
Savannah, GA 31412-8286

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

May 9, 2008

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Re: MDL No. 1928 -- IN RE: Trasylol Products Liability Litigation

(See Attached CTO-1)

Dear Mr. Larimore:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 23, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By_____
Denise Mangan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge:  Judge Donald M. Middlebrooks
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks)

JPML Form 36