**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                                                                              General Court Number
Clerk                                                                                                                                                510.637.3530

May 28, 2008

U.S. District Court
Southern District of Florida
701 Clematis Street, Room 402
W. Palm Beach, FL 33401

RE: CV 08-00739 CW   Minard-v-Bayer Corporation

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    copy of docket entries.

    ☒    copy of MDL Transferral Order.

    ☒    PDF document of: Complaint

    ☒    Please access the electronic case file for additional pleadings you may need.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,
                RICHARD W. WIEKING, Clerk

                by:  Clara Pierce
                Case Systems Administrator

Enclosures
Copies to counsel of record